**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

THEMON RAY TREECE                                                                                          PLAINTIFF
ADC #149078

V.                                             NO: 1:11CV00050 SWW

JACKSON COUNTY *et al.*                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of August, 2011.

                                                                       /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE